UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -3 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Docket No. |
| Plaintiff, ) | '08 MJ 2701 |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| Raul Antonio SERRANO-Velatti, ) | Title 8, U.S.C., Section 1326 |
| ) | Deported Alien Found in the |
| ) | United States |
| Defendant ) | |

The undersigned complainant, being duly sworn, states:

On or about **September 02, 2008** within the Southern District of California, defendant, **Raul Antonio SERRANO-Velatti,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **SEPTEMBER 2008**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

DOA: 9/2/08

CONTINUATION OF COMPLAINT:
Raul Antonio SERRANO-Velatti

## PROBABLE CAUSE STATEMENT

On September 2, 2008, Senior Border Patrol Agent B. Desrosiers and Border Patrol E. Lavergne were performing uniformed linewatch duties in the Chula Vista Border Patrol Station area of responsibility. At approximately 8:00 a.m. Border Patrol Agent Desrosiers spotted a vehicle leaving the Otay Ranch Mall on Olympic Parkway, Chula Vista, California. This location recently has been identified as an area known to be highly frequented by illegal alien traffic. This area is approximately two miles north and one mile east of the Otay Mesa Port of Entry.

The vehicle that the subject was driving was a 1993 Dodge Caravan minivan. Border Patrol Agents frequently see minivans used for alien smuggling due to their capacity to smuggle multiple individuals. Agent Desrosiers observed that the driver, later identified as the defendant **Raul Antonio SERRANO-Velatti** appeared nervous upon seeing his marked Bureau vehicle. As the defendant turned, Agent Desrosiers observed him to be nervous. Agent Desrosiers began to follow the vehicle and requested a record check on the vehicle's license plate. Upon further inspection of the vehicle it became apparent that the rear window of the vehicle contained a temporary California Department of Motor Vehicles tag. These tags are known by Border Patrol Agents to be used by alien smuggling organizations to conceal identity and prevent follow up investigation by law enforcement entities. While waiting for the vehicle plate information, Agent Desrosiers pulled along side of the defendant's vehicle. The vehicle plate information returned from dispatch listing a expired registration from 3152 Clay Avenue in San Diego, California. Agent Desrosiers recognized this address as being in a neighborhood where many alien smuggling events have previously occurred. Due to the above mentioned facts, Agent Desrosiers initiated a traffic stop in the 1600 block of Olympic Parkway (intersection of La Media and Olympic Parkway) to conduct an immigration evaluation. The vehicle yielded as Border Patrol Agent Lavergne arrived on scene as Agent Desrosiers back up.

Agents Desrosiers and Lavergne approached the defendant and identified themselves as United States Border Patrol Agents and began to question the defendant as to his citizenship and nationality. The defendant answered "Mexico," and stated he was "getting his documents" through his United States citizen wife. Record checks were unable to produce any documentation to validate his claim. At approximately 8:20 a.m., The defendant was arrested and transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 29, 2006 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.