1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org

6 Attorneys for Mr. Serrano-Velatti

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    ) Case No. 08mj2701
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )
                                  )  **NOTICE OF APPEARANCE**
14 | **RAUL ANTONIO SERRANO-VELATTI,** )
                                  )
15 |         Defendant.            )
                                  )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                         Respectfully submitted,

21 Dated: September 8, 2008              *s/ James M. Chavez*
                                          Federal Defenders of San Diego, Inc.
22                                        *james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Serrano-Velatti

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. 08mj2701
                                      )
12         Plaintiff,                 )
                                      )
13 v.                                 )   **PROOF OF SERVICE**
                                      )
14 **RAUL ANTONIO SERRANO-VELATTI**,  )
                                      )
15         Defendant.                 )
                                      )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **ASSISTANT UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: September 8, 2008                     s/ *James M. Chavez*
                                                JAMES M. CHAVEZ
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
25                                              (619) 687-2666  (fax)
                                                e-mail: james_chavez@fd.org
26

27

28